**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 11-6579**

UNITED STATES OF AMERICA,

             Plaintiff - Appellee,

      v.

CARLTON BASHFORD,

             Defendant - Appellant.

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  James C. Cacheris, Senior District Judge.  (1:01-cv-01030-JCC; 1:91-cr-00332-AVB-1)

Submitted:  July 21, 2011                Decided:  July 26, 2011

Before NIEMEYER and GREGORY, Circuit Judges, HAMILTON, Senior Circuit Judge.

Dismissed by unpublished per curiam opinion.

Carlton Bashford, Appellant Pro Se.  Kondi J. Kleinman, OFFICE OF THE UNITED STATES ATTORNEY, Alexandria, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Carlton Brashford seeks to appeal the district court's order denying his motion for reconsideration under Fed. R. Civ. P. 59(e). We dismiss the appeal for lack of jurisdiction because the notice of appeal was not timely filed.

When the United States or its officer or agency is a party, the notice of appeal must be filed no more than sixty days after the entry of the district court's final judgment or order, Fed. R. App. P. 4(a)(1)(B), unless the district court extends the appeal period under Fed. R. App. P. 4(a)(5), or reopens the appeal period under Fed. R. App. P. 4(a)(6). "[T]he timely filing of a notice of appeal in a civil case is a jurisdictional requirement." Bowles v. Russell, 551 U.S. 205, 214 (2007).

The district court's order was entered on the docket on December 8, 2010. The notice of appeal was filed on April 20, 2011, or beyond the sixty day appeal period.[*] Because Brashford failed to file a timely notice of appeal or to obtain an extension or reopening of the appeal period, we dismiss the appeal. We dispense with oral argument because the facts and

---

[*]For the purpose of this appeal, we assume that the date appearing on the notice of appeal is the earliest date it could have been properly delivered to prison officials for mailing to the court. Fed. R. App. P. 4(c); Houston v. Lack, 487 U.S. 266 (1988).

2

legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED